**AFFIRMED; Opinion Filed November 24, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01571-CR
No. 05-13-01572-CR

**RAY ANTHONY MYERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-56192-W, F13-56193-W**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Brown
Opinion by Justice Lang

Ray Anthony Myers waived a jury and pleaded guilty to felony DWI and possession of cocaine in an amount of one gram or more but less than four grams. *See* TEX. PENAL CODE ANN. §§ 49.04(a), 49.09(b)(2) (West Supp. 2014); TEX. HEALTH & SAFETY CODE ANN. § 481.115(a), (c) (West 2010). After finding appellant guilty, the trial court assessed punishment at seven years' imprisonment on the felony DWI case and three years' imprisonment on the cocaine case. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect,

there are no arguable grounds to advance.  *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978).  Counsel delivered a copy of the brief to appellant.  We advised appellant of his right to file a pro se response, but he did not file a pro se response.  *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief.  *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).  We agree the appeals are frivolous and without merit.  We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

/ Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
131571F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

RAY ANTHONY MYERS, Appellant

No. 05-13-01571-CR       V.

THE STATE OF TEXAS, Appellee

Appeal from the 363rd Judicial District Court of Dallas County, Texas (Tr.Ct.No. F13-56192-W).
Opinion delivered by Justice Lang, Justices FitzGerald and Brown participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered the 24th day of November, 2014.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RAY ANTHONY MYERS, Appellant

No. 05-13-01572-CR    V.

THE STATE OF TEXAS, Appellee

Appeal from the 363rd Judicial District Court of Dallas County, Texas (Tr.Ct.No. F13-56193-W).
Opinion delivered by Justice Lang, Justices FitzGerald and Brown participating.


Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.


Judgment entered 24th day of November, 2014.